IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Figueroa, Cristel

Printed: 2/19/08

Case Number: 07 B 03140
Judge: Wedoff, Eugene R
Filed: 2/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 3, 2008
Confirmed: April 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,091.00 |  |
| Secured: |  | 139.84 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 892.25 |
| Trustee Fee: |  | 58.91 |
| Other Funds: |  | 0.00 |
| Totals: | 1,091.00 | 1,091.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,200.00 | 892.25 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 5. | Illinois Motor Credit | Secured | 0.00 | 139.84 |
| 6. | Fremont Investment & Loan | Secured | 2,625.90 | 0.00 |
| 7. | Fremont Investment & Loan | Secured | 9,888.41 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 16.54 | 0.00 |
| 9. | Armor Systems Co | Unsecured | 31.00 | 0.00 |
| 10. | Illinois Motor Credit | Unsecured | 0.00 | 0.00 |
| 11. | US Bank | Unsecured | 268.35 | 0.00 |
| 12. | Southern Tier Agency | Unsecured | 182.95 | 0.00 |
| 13. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 14. | Nicor Gas | Unsecured |  | No Claim Filed |
| 15. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 16. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 17. | Jc Christensen & Assoc | Unsecured |  | No Claim Filed |
| 18. | GC Services | Unsecured |  | No Claim Filed |
| 19. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 20. | Weltman Weinberg | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,213.15 | $ 1,032.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 58.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Figueroa, Cristel

Printed:  2/19/08

Case Number:  07 B 03140
Judge:  Wedoff, Eugene R
Filed:  2/23/07

_____
$ 58.91

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

